UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC LANGPOP,<br><br>　　　　Defendant. | Case No. 2:22-mj-00767-EJY<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

　　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 5, 2023, at the hour of 4:00 p.m., be vacated and continued to April 5, 2023, at the hour of 4:00 p.m. in Courtroom 3A.

　　　DATED this 27th day of December, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1