**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>   v.<br><br>ERIC LANGPOP,<br><br>         Defendant. | Case No. 2:22-mj-00767-EJY<br><br>**ORDER** |

   Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on April 5, 2023, at the hour of 4:00 p.m., be vacated and continued to May 19, 2023 at the hour of 4:00 p.m. in Courtroom 3B.

   DATED this 20th day of March, 2023.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE