# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

ERIC LANGPOP,

        Defendant.

Case No. 2:22-mj-00767-EJY

**<u>ORDER</u>**

     Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 19, 2023, at the hour of 4:00 p.m., be vacated and continued to August 17, 2023 at the hour of 4:00 p.m. in Courtroom 3D.

     DATED this 11th day of May, 2023.

_____
UNITED STATES MAGISTRATE JUDGE